IN RE C.B.; TUSCARAWAS COUNTY JOB & FAMILY
SERVICES, APPELLANT; BEATTY, APPELLEE.

[Cite as *In re C.B.*, 113 Ohio St.3d 1207, 2007-Ohio-860.]

(No. 2006–1627—Submitted February 13, 2007—Decided March 7, 2007.)

{¶ 1} The certification of conflict is dismissed, sua sponte, as having been improvidently certified; there is want of a conflict.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

David W. Haverfield and Michelle A. McGonnell, for appellant.

Sharon Buckley–Mirhaidari and Gino J. Scarselli, for appellee.

Katherine Hunt Federle and Jason A. Macke, urging affirmance for amicus curiae, Justice for Children Project.